In the Matter of LONG ISLAND LIGHTING COMPANY, Appellant, against WILLIAM SHIELDS, as Mayor of the Village of Old Brookville, et al., Respondents.

Submitted October 18, 1948; decided October 22, 1948.

*Philip Huntington, David S. Hill, Jr.,* and *Charles G. Blakeslee* for motion.

*Theodore V. Summers* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by subdivision (b) of rule 21 of the Rules of the Court of Appeals are filed.